# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| RAYMOND REDDING | : No. 109 EM 2016 |
| | : |
| | : Emergency Application to Stay Case in |
| v. | : Lower Court Pursuant to Pa.R.A.P. |
| | : 3315 |
| | : |
| PARTHANA MAKROPOULOS | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| JASON WEIGNER, AGAPEMOU LLC., | : |
| ABSOLUTE CHIROPRACTIC PC, | : |
| DISCOVER OPTIMAL HEALTHCARE PC | : |
| | : |
| | : |
| PETITION OF:  PARTHANA | : |
| MAKROPOULOS | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 7th day of July, 2016, the Emergency Application to Stay is **GRANTED**.  Pursuant to Pa.R.A.P. 1701(a), the proceedings in this matter before the Court of Common Pleas of Philadelphia County are **STAYED** pending disposition of the appeal in the Superior Court, docketed at 1847 EDA 2016.